843 A.2d 1221

**Brian DRDEK, Appellant**

v.

**PENNSYLVANIA BOARD OF PROBATION PAROLE, Benjamin Martinez, Board Secretary, et. al., Appellees.**

Supreme Court of Pennsylvania.

Jan. 28, 2004.

## *ORDER*

PER CURIAM.

**AND NOW,** this 28th day of January, 2004, probable jurisdiction is noted and the order appealed is affirmed. The Application for Appointment of Counsel is denied.